IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-00487-WDM-PAC

BROOKE PENNINGTON

    Plaintiff,

v.

RLI INSURANCE COMPANY

    Defendant.

---

### ORDER OF REMAND

---

The Court, having reviewed the Unopposed Motion to Remand to State Court, hereby grants such motion, and orders that this case is hereby remanded to the Arapahoe County District Court for the State of Colorado.

So Ordered this 17th day of April, 2006.

By: _____
    District Court Judge